# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0576.  DARRELL C. HALE v. THE STATE.**

A jury found Darrell C. Hale guilty of aggravated assault and other crimes. On January 30, 2018, the trial court entered a judgment of conviction and sentence, and on February 1, the court entered an amended sentence. Also on February 1, Hale filed a motion for new trial. On July 17, Hale filed a notice of appeal from his conviction and sentence, and the record was transmitted to this Court. We, however, lack jurisdiction.

The record contains no order disposing of Hale's motion for new trial. Because that motion remains pending below, any appeal at this juncture must come by way of an interlocutory application. See OCGA § 5-6-34 (b); see also *Hann v. State*, 292 Ga. App. 719, 720 (1) (665 SE2d 731) (2008) (while a motion for new trial is pending, appeals must comply with the interlocutory appeal requirements).

Accordingly, this direct appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  12/06/2018
 I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.